

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2020

**BY ECF**
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-11-2020

Re:   ***United States v. Anthony Jones*, 12 Cr. 761 (LAP)**

Dear Judge Preska:

The Court has scheduled the preliminary conference on the specifications contained in the violation of supervised release report dated January 29, 2020 for March 10, 2020. The parties are in agreement that the matter should be adjourned and request that the Court adjourn the matter until June 8, 2020 at 10:00 a.m.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: *Mitzi Steiner*
Mitzi S. Steiner
Assistant United States Attorney
(212) 637-2284

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

3/11/20