```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| UNITED STATES OF AMERICA, | |
|---|---|
| - v - | 12 CR 761-01 (LAP) |
| Anthony Jones, | ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for August 12, 2020 is adjourned to September 29, 2020 at 4:00 p.m.

*[signature: Loretta A. Preska]*

LORETTA A. PRESKA
Senior United States District Judge

Dated: July 31, 2020
New York, New York