

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2020

**BY ECF**
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Anthony Jones*, **12 Cr. 761 (LAP)**

Dear Judge Preska:

    The Government submits this letter jointly on behalf of the parties to request an adjournment of the VOSR conference currently scheduled for September 29, 2020, in light of the ongoing COVID-19 public health crisis. The parties request a sixty-day adjournment to November 30, 2020.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

The conference is adjourned to Nov. 30 at 10:00 a.m.  SO ORDERED.

Dated: Sept. 23, 2020

_____
LORETTA A. PRESKA, U.S.D.J.

by: *[signature]*
    Mitzi S. Steiner
    Assistant United States Attorney
    (212) 637-2284