

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 1, 2021

**BY ECF**
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Anthony Jones*, **12 Cr. 761 (LAP)**

Dear Judge Preska:

The Government submits this letter jointly on behalf of the parties to request an adjournment of the VOSR conference currently scheduled for June 3, 2021. The Government understands that the state matter underlying the current violations remains pending. The parties therefore request a sixty-day adjournment until August 2, 2021.

*The conference is adjourned to August 2 at 11:00am.*

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: Mitzi S. Steiner
Assistant United States Attorney
(212) 637-2284

SO ORDERED

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

6/2/21