# LAW OFFICES OF
# NATALI J.H. TODD, P.C.

NATALI J.H. TODD
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

July 22, 2021

By ECF
Honorable Loretta A. Preska
United States District
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   U.S. v. Anthony Jones, 12 Cr. 761 (LAP)

Dear Judge Preska:

This letter is submitted jointly on behalf of the parties to request an adjournment on the pending VOSR conference currently scheduled for August 2, 2021 and to provide the Court with an update regarding Mr. Jones' open state cases. Counsel understands that the Court is available on October 14, 2021 at 10:00 a.m. and consents to an adjournment until October 14, 2021.

Mr. Jones was previously arrested and charged with misdemeanor assault on October 24, 2020. The charges stemming from that arrest were dismissed on April 14, 2021. Mr. Jones was arrested again on July 1, 2021 for drug sale and is charged in a criminal complaint. Following his arraignment on the criminal complaint, he was released on bail to the CASES supervised release program. The state matter underlying the current violations remains with a control date set for September 2, 2021. It is my understanding that pretrial hearings were granted and a date for the suppression hearing will likely be set on September 2, 2021.

Accordingly, the parties request an adjournment until October 14, 2021. Thank you for your consideration.

Respectfully,
*N. Todd*
Natali Todd, Esq.

cc:   AUSA Mitzi Steiner (via ECF & email)
      Daveena Tumasar, USPO (via email)

*The conference is adjourned to October 14 at 10:00 am*

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

7/23/21