**LAW OFFICES OF**
**NATALI J.H. TODD, P.C.**

NATALI J.H. TODD
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

September 23, 2021

By ECF
Honorable Loretta A. Preska
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   U.S. v. Anthony Jones, 12 Cr. 761 (LAP)

Dear Judge Preska:

   This letter is submitted jointly on behalf of the parties to request an adjournment on the pending VOSR conference currently scheduled for October 14, 2021 and to provide the Court with an update regarding Mr. Jones' open state cases. Counsel understands that the Court is available on December 16, 2021 at 10:30 a.m. and consents to an adjournment until December 16, 2021.

   Mr. Jones was previously arrested and charged with misdemeanor assault on October 24, 2020. The charges stemming from that arrest were dismissed on April 14, 2021. Mr. Jones was arrested again on July 1, 2021 for drug sale and is charged in a criminal complaint. Following his arraignment on the criminal complaint, he was released on bail to the CASES supervised release program. His next court date is scheduled for September 30, 2021. The state matter underlying the current violations remains ongoing and the next court date is scheduled for October 27, 2021.

   Accordingly, the parties request an adjournment until December 16, 2021. Thank you for your consideration.

Respectfully,
*N. Todd*
Natali Todd, Esq.

cc:   AUSA Mitzi Steiner (via ECF & email)
      Daveena Tumasar, USPO (via email)

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

9/24/21