# LAW OFFICES OF
## NATALI J.H. TODD, P.C.

NATALI J.H. TODD
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

December 8, 2021

By ECF
Honorable Loretta A. Preska
United States District
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   U.S. v. Anthony Jones, 12 Cr. 761 (LAP)

Dear Judge Preska:

Counsel submits this letter jointly on behalf of the parties to request an adjournment of the VOSR conference currently scheduled for December 16, 2021. The state matter underlying the pending violations remains pending with the next court date scheduled for January 26, 2022. The parties therefore request a sixty-day adjournment until February 16, 2022 which we understand is a date that the Court is available.

Thank you for your consideration and attention to this matter.

at 11:00 am.

Respectfully,
N. Todd
Natali Todd, Esq.

cc:   AUSA Mitzi Steiner (via ECF & email)
      Daveena Tumasar, USPO (via email)

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

12/9/21