LAW OFFICES OF
**NATALI J.H. TODD, P.C.**

---

**NATALI J.H. TODD**
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

February 4, 2022

By ECF
Honorable Loretta A. Preska
United States District
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *U.S. v. Anthony Jones, 12 Cr. 761 (LAP)*

Dear Judge Preska:

  Counsel submits this letter jointly on behalf of the parties to request an adjournment of the VOSR conference currently scheduled for February 16, 2022. The state matter underlying the pending violations remains pending with the next court date scheduled for March 2, 2022. The parties therefore request a ninety-day adjournment until May 10, 2022 which we understand is a date that the Court is available.

  Thank you for your consideration and attention to this matter.

Respectfully,
*N. Todd*
Natali Todd, Esq.

cc:   AUSA Mitzi Steiner (via ECF & email)
   Daveena Tumasar, USPO (via email)

```
The VOSR conference is adjourned to May
10, 2022 at 10:30 a.m.  The dial-in is
877-402-9753, access code: 6545179.
SO ORDERED.

Dated:     February 4, 2022
           New York, New York
```

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge